# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Pedro Marrufo Ontiveros** DOB: 1986; United States<br>**Meghan Marie Martinez** DOB: 1992; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-01662MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 13, 2021, in the District of Arizona, **Pedro Marrufo Ontiveros** and **Meghan Marie Martinez**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Miguel Chiro-Perez, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii).**

**COUNT 2 (Felony)** On or about July 13, 2021, in the District of Arizona, **Pedro Marrufo Ontiveros** and **Meghan Marie Martinez**, knowing and in reckless disregard of the fact that certain illegal aliens, namely Miguel Chiro-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 13, 2021, in the District of Arizona (Nearest city), United States Border Patrol Agents (BPA) noticed a 2001 Chevrolet Suburban traveling south on SR-286. Approximately 10 minutes later, the same vehicle was traveling northbound on SR-286 at a high rate of speed. It was determined that the vehicle did not reach the Border Patrol Checkpoint at mile post 26. The BPA did not recognize the vehicle belonging to the few ranches in that area. The BPA followed the vehicle and didn't see a license plate. The BPA did see some type of paper displayed in the tinted rear window. The driver, later identified as **Pedro Marrufo Ontiveros**, then drove through the Chevron Gas Station at the corner of SR-286 and SR-86, at a speed higher than normal. **Ontiveros** then appeared to stop for gas, but continued through the gas station, and then eastbound on SR-86. The BPA suspected that **Ontiveros** was trying to elude him and activated his emergency equipment. **Ontiveros** failed to yield and increased the vehicle's speed to 75 mph. BPA successfully deployed a controlled tire deflation device near Sandario Road. **Ontiveros** continued eastbound barely keeping the vehicle under control. At one-point **Ontiveros** attempted to crash into the BPA's vehicle by turning right at a high rate of speed. The BPA applied his brakes and avoided being hit. **Ontivero**'s vehicle eventually became stuck and he exited his vehicle. The BPA saw a handgun on the driver's floorboard and drew his Department-issued side arm. BPA then arrested **Ontiveros**. BPA also arrested the front seat passenger **Meghan Marie Martinez** and passenger Miguel Chiro-Perez (AKA Jose Juarez-Alvarez). Chiro was hiding under the second set of seat and BPA determined he was in the U.S. illegally.

Material witness Miguel Chiro-Perez said he had arranged to be smuggled into the United States for money and admitted crossing the U.S. border illegally with a group. Chiro said on today's date the others in the group were arrested by BPA, but he avoided being arrested. Chiro decided to continue north with the help of the facilitator who was giving him instructions via his cellphone. Chiro was instructed to walk to mile post 36 on SR-286 and wait for a load vehicle. Chiro said that when a four door SUV arrived, he noticed a male driver and a female passenger. Chiro said that the female passenger leaned back and unlocked the rear passenger side door. The male driver instructed him in Spanish to get in the vehicle and under the seat. The driver also said not to move.

Records checks revealed that Chiro did not have the proper immigration documentation to enter or remain in the U.S. legally. Chiro was previously removed from the U.S. on December 20, 2018.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:** Miguel Chiro-Perez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 14, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54